IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BLACK WARRIOR RIVERKEEPER, INC., ) ) ) Plaintiff, ) ) v. ) ) ALABAMA DEPARTMENT OF ) TRANSPORTATION, *et al.*, ) ) Defendants. ) | CASE NO. 2:11-CV-267-WKW (WO) |
| BLACK WARRIOR RIVERKEEPER, INC., ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES ARMY CORPS OF ) ENGINEERS, *et al.*, ) ) Defendants. ) | CASE NO. 2:13-CV-794-WKW (WO) |

## **FINAL JUDGMENT**

For the reasons stated in the Memorandum Opinion and Order entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

1. that Plaintiff's motion for summary judgment (Doc. # 163) is DENIED;

2. that the motion for summary judgment (Doc. # 165) filed by ALDOT and ALDOT Director, John R. Cooper, is GRANTED;

3. that the motion for summary judgment (Doc. # 167) filed by FHWA, Mark Bartlett, COE, and Col. Jon J. Chytka is GRANTED;

4.  that judgment is entered in favor of Defendants on all claims; and

5.  that these consolidated cases are DISMISSED with prejudice, with costs taxed against Plaintiff for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 19th day of January, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE